UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LA TOYA JORDAN,

        Plaintiff,

v.

AMAZON.COM, INC.,

        Defendant.

CASE NO. 2:24-cv-01952-RSL

ORDER GRANTING LEAVE TO WITHDRAW

    This matter comes before the Court on the "Stipulated Request and [Proposed] Order Granting Leave for Stephanie Henderson Stocker to Withdraw as Counsel of Record for Plaintiff." Dkt. # 8. Because the stipulation does not include the required certification that the request for leave of court was served on the client, LCR 83.2(b)(1), the Clerk of Court was directed to send a copy of the Stipulation to plaintiff and to renote the request to withdraw on the Court's calendar for consideration on Friday, January 24, 2025. No opposition or other response having been filed, the request for leave to withdraw is hereby GRANTED.

    Ms. Stocker is no longer counsel of record for plaintiff and is relieved of all duties other than transmitting case files to plaintiff. The Clerk of Court is directed to terminate Ms. Stocker's participation in this case and to include plaintiff's contact information in the docket:

ORDER GRANTING LEAVE TO WITHDRAW - 1

397 Sussex Ave E, Apt. 6
Tenino, WA 98589

freedomfiles.wa@gmail.com

Plaintiff is now proceeding *pro se* in this litigation. Unless and until she retains new counsel, she is expected to follow the local rules of this district (found at https://www.wawd.uscourts.gov/local-rules-and-orders) and the Federal Rules of Civil Procedure. Plaintiff is advised that requests for relief from the Court must be in the form of a motion and all declarations must be signed, dated, and made under penalty of perjury. *See* LCR 7 and 10; 28 U.S.C. § 1746.

Dated this 27th day of January, 2025.

Robert S. Lasnik
United States District Judge

ORDER GRANTING LEAVE TO WITHDRAW - 2