UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LA TOYA JORDAN<br><br>                Plaintiff,<br><br>      v.<br><br>AMAZON.COM, INC., a Delaware Corporation,<br><br>                Defendant. | Case No. 2:24-cv-01952-RSL<br><br>**STIPULATION AND ORDER RENOTING DEFENDANT'S MOTION TO DISMISS** |

### I.   BRIEF FACTS IN SUPPORT OF STIPULATION AND ORDER FOR CONTINUANCE

This Court approved the withdrawal of former Plaintiff's counsel, Stephanie Henderson Stocker on January 27, 2025 [Dkt. # 13, referencing Dkt. # 8]. Plaintiff's new counsel, Natalya Maze of Maze Law Group PLLC, entered a Notice of Appearance on February 7, 2025 [Dkt. # 14]. Defendant has a pending Motion to Dismiss currently noted for February 28, 2025. [Dkt .# 12]. In order to allow Plaintiff's new counsel to get up-to-speed in this case and to prepare a response to the Motion to Dismiss, the Parties have agreed to continue the notice date for Defendant's Motion to Dismiss from February 28, 2025 to March 28, 2025.

STIP AND ORDER RE: CONTINUANCE-1

**MAZE LAW GROUP, PLLC**
1600-B SW Dash Point Rd., Suite 127
Federal Way, WA 98023
(206) 355-6314

## II. STIPULATION AND ORDER FOR CONTINUANCE

The above-named parties hereby stipulate to renote Defendant's Motion to Dismiss from February 28, 2025 to March 28, 2025 and the parties will adhere to the following briefing schedule: Plaintiff's Response will be filed and served by March 21, 2025, and Defendant's Reply brief will filed and served by March 28, 2025.

THIS MATTER, having been brought before the undersigned Judge of the above-entitled Court, and the Court deeming itself fully advised in all matters and pursuant to the foregoing stipulation between the parties does hereby Order that Defendant's Motion to Dismiss currently noted for February 28, 2025 be renoted to March 28, 2025 with the parties adhering to the briefing schedule as stated above.

Dated this 10th day of February, 2025.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

STIP AND ORDER RE: CONTINUANCE-2

**MAZE LAW GROUP, PLLC**
1600-B SW Dash Point Rd., Suite 127
Federal Way, WA 98023
(206) 355-6314