UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LA TOYA JORDAN,

        Plaintiff,

   v.

AMAZON.COM, INC.,

        Defendant.

CASE NO. 2:24-cv-01952-RSL

ORDER STRIKING DOCUMENTS

    This matter comes before the Court on an application for court-appointed counsel (Dkt. # 17), an application to proceed *in forma pauperis* (Dkt. # 18), and an application for accommodations (Dkt. # 19) filed by plaintiff La Toya Jordan. Pursuant to LCR 83.2(b)(5), "[w]hen a party is represented by an attorney of record in a case, the party cannot appear or act on his or her own behalf in that case, or take any step therein, until after the party" has filed a motion for leave to proceed *pro se*, certifies that the motion was served on his or her current counsel and all opposing parties, and obtains an order terminating the attorney's participation.

    Natalya Maze of the Maze Law Group PLLC appeared in this action as plaintiff's counsel on February 7, 2025. It appears that the three applications were placed in the mail prior to that date, but received by the Court on February 10, 2025. The applications for court-appointed counsel and to proceed *in forma pauperis* appear to be moot: plaintiff has

ORDER STRIKING DOCUMENTS - 1

already retained counsel and defendant, as the removing party, paid the civil filing fee in this matter. If plaintiff intends to pursue a request for accommodation at a court hearing or trial, her counsel may file an application prior to the scheduled proceeding.

For all of the foregoing reasons, the Court will take no further action regarding the three documents, Dkt. # 17-19.

Dated this 12th day of February, 2025.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER STRIKING DOCUMENTS - 2