UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LA TOYA JORDAN,<br><br>        Plaintiff,<br><br>    v.<br><br>AMAZON.COM, INC.,<br><br>        Defendant. | CASE NO. 2:24-cv-01952-RSL<br><br>ORDER GRANTING LEAVE TO WITHDRAW |

This matter comes before the Court on a "Stipulated Motion and Order Granting Leave for Natalya P. Maze to Withdraw as Counsel of Record for Plaintiff." Dkt. # 22. The motion is GRANTED. Ms. Maze is no longer counsel of record for plaintiff and is hereby relieved of all duties other than transmitting the case files to plaintiff. The Clerk of Court is directed to terminate Ms. Maze's participation in this case and to include plaintiff's contact information in the docket:

    397 Sussex Ave E, Apt. 6
    Tenino, WA 98589

    (360) 219-5617

    freedomfiles.wa@gmail.com

ORDER GRANTING LEAVE TO WITHDRAW - 1

1
2
3
4
5
6
7
8

     Plaintiff is now proceeding pro se in this litigation. Unless and until she retains new counsel, she is expected to follow the local rules of this district (found at https://www.wawd.uscourts.gov/sites/wawd/files/042624%20WAWD%20Local%20Civil%20Rules%20-%20Clean.pdf) and the Federal Rules of Civil Procedure. Plaintiff is advised that requests for relief from the Court must be in the form of a motion and all declarations must be signed, dated, and made under penalty of perjury. *See* LCR 7 and 10; 28 U.S.C. § 1746.

9

     DATED this 11th day of March, 2025.

10
11
12
13

                                            Robert S. Lasnik
                                            United States District Judge

14
15
16
17
18
19
20
21
22
23
24
25
26

ORDER GRANTING LEAVE TO WITHDRAW - 2